AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

691228

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00380ACK-01 |

BOBBY BILLENA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Bobby Billena and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Violations of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 16 2007

at 10 o'clock and 15 min. A M
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI
2007 JAN 23 AM 10:41
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Sala M. Ghoroim | January 22, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Alan C. Kay, Senior United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received 1/23/07 | NAME AND TITLE OF ARRESTING OFFICER Tony Cohe USM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 2/14/07 | | |