# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/22/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 02-00380ACK

CASE NAME:          United States of America Vs. Bobby Billena

ATTYS FOR PLA:     Marshal H. Silverberg and Probation Office Fituina Tua

ATTYS FOR DEFT:   Clifford Hunt

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 02/22/2007 | TIME: | 1:40pm-2:37pm |

COURT ACTION:   EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant admits to Alleged Violations of Supervised Release No. 1 and Denies Alleged Violations No.'s 2, 3, 4 and 5.

Proof Hearing as to Alleged Violations No.'s 2, 3, 4 and 5-Government's Witness-Fituina Tua-CST and Defendant's Witness-Bobby Billena-CST.

This matter continued to 2/23/2007 @2:00 p.m. before Judge Kay.

Submitted by Leslie L. Sai, Courtroom Manager