# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02//23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00380ACK |
| CASE NAME: | United States of America Vs. Bobby Billena |
| ATTYS FOR PLA: | Marshall H. Silverberg and Fituina Tua |
| ATTYS FOR DEFT: | Clifford Hunt |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 02/23/2007 | TIME: | 2:37p.m.-2:56p.m. |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Court hereby finds that the Defendant did violate Supervised Release Conditions in alleged violations No.s' 1, 2, 3 4 and 5.

Court hereby Revokes Supervised Release.

Sentence -

Imprisonment-10 Months.

Court Recommendations-
1. Drug Treatment
2. Vocational Training.

Mittimus Forthwith.

No Further Supervised Release will be imposed.

Defendant advised of his right to appeal.

Submitted by Leslie L. Sai, Courtroom Manager