AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

## ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2007

at _____ o'clock and _____ min. _____ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

**BOBBY BILLENA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:    **1:02CR00380-001**
USM Number:    89154-022
**Clifford Hunt, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s)   _General Condition_   of the term of supervision.

[✔]  was found in violation of condition(s)   _Special Condition No. 1, Standard Condition No. 2 and Standard Condition No. 6_   after denial or guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **6349**

Defendant's Residence Address:
**Honolulu, Hawaii 96817**

Defendant's Mailing Address:
**Honolulu, Hawaii 96817**

February 23, 2007
Date of Imposition of Sentence

_Signature of Judicial Officer_

**ALAN C. KAY**, Senior United States District Judge
Name & Title of Judicial Officer

MAR 20 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00380-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | BOBBY BILLENA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Urine specimen submitted by the offender tested positive for methamphetamine. | 11/15/2006 |
| 2 | Offender failed to comply with drug testing at Freedom Recovery Services, Inc. | 1/30/2006, 3/21/2006, 4/19/2006, 4/25/2006 and 5/12/2006 |
| 3 | Offender failed to report to the Probation Office. | 7/19/2006, 9/14/2006, 10/5/2006, 10/23/2006 and 11/17/2006 |
| 4 | Offender failed to submit Monthly Supervision Reports for the months of April 2006 through December 2006. | |
| 5 | Offender failed to notify the Probation Office 10 days prior to a change in residence. | 1/2007 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

---

CASE NUMBER:    1:02CR00380-001                                         Judgment - Page 3  of  3
DEFENDANT:    BOBBY BILLENA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
        1. Drug Treatment
        2. Vocational Training

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
                                                                UNITED STATES MARSHAL


By  _____
                                                                Deputy U.S.  Marshal